# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN BRADLEY HODGES,

        Petitioner,

   v.

RENEE BAKER, et al.,

        Respondents.

Case No. 3:18-cv-00278-HDM-WGC

**ORDER**

    Mail to petitioner was returned to the court with the notation that petitioner is at SCC, meaning the Stewart Conservation Camp. It is unclear whether officials at petitioner's former prison have forwarded the court's mail to petitioner. The court will change petitioner's address and re-mail the order and judgment denying the petition for a writ of habeas corpus.

    IT THEREFORE IS ORDERED that the clerk of the court change petitioner's address to the Stewart Conservation Camp, 1721 Snyder Ave., P.O. Box 5005, Carson City, NV 89702.

    IT FURTHER IS ORDERED that the clerk of the court mail the order denying the petition (ECF No. 21) and the judgment (ECF No. 22) to petitioner.

    DATED: September 24, 2021.

                                          HOWARD D. MCKIBBEN
                                          United States District Judge